IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00418-MSK-MJW

MARY PROCTOR, an individual,

       Plaintiff,

v.

SWIFT COMMUNICATIONS, INC., a Nevada Corporation, d/b/a GLENWOOD SPRINGS POST INDEPENDENT;

       Defendant.

_____

**ORDER DISMISSING CLAIMS AGAINST DEFENDANT CLIFFORD FEWELL WITHOUT PREJUDICE**
_____

       THIS MATTER comes before the Court on the Unopposed Motion to Dismiss Clifford Fewel Without Prejudice and to Vacate Show Cause Hearing (Motion) **(#26)**. Having reviewed the Motion,

       **IT IS ORDERED** that the Motion is GRANTED in part and DENIED in part. The Motion is GRANTED as to the dismissal of all claims against Defendant Clifford Fewell without prejudice. The Motion is DENIED as to the request to vacate the Show Cause Hearing. This hearing is set before Magistrate Judge Watanabe and any request to vacate that hearing should be made by separate motion.

       DATED this 29th day of June, 2009.

                                          **BY THE COURT:**

                                          *Marcia S. Krieger*
                                          _____

                                          Marcia S. Krieger
                                          United States District Judge