IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00418 MSK-MJW

MARY PROCTOR, an individual

    Plaintiff,

v.

SWIFT COMMUNICATIONS, INC., a Nevada Corporation d/b/a
GLENWOOD SPRINGS POST INDEPENDENT; and
CLIFFORD FEWEL

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS SHOW CAUSE ORDER
AND
VACATE SHOW CAUSE HEARING** (Docket No. 28)

---

AND NOW this 25th day of June, 2009, the plaintiff's Unopposed Motion to Dismiss Show Cause Order and to Vacate Show Cause Hearing having been received by the Court and the Court having reviewed the file and being advised on the premises, it is hereby,

ORDERED that the plaintiffs' Motion is GRANTED. The Show Cause Order is DISMISSED and the show cause hearing set for July 1, 2009 is hereby VACATED.

BY THE COURT:

_/s/ Michael J. Watanabe_
United States Magistrate Judge
Michael J. Watanabe