IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00418 MSK-MJW

MARY PROCTOR, an individual

       Plaintiff,

v.

SWIFT COMMUNICATIONS, INC., a Nevada Corporation d/b/a
GLENWOOD SPRINGS POST INDEPENDENT

       Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER REGARDING
EXPERT DISCLOSURE DEADLINES** ( Docket No 38 )

---

THIS MATTER coming before the Court upon "Stipulated Motion to Amend Scheduling Order Regarding Expert Disclosure Deadlines" filed the parties to this case, and the Court being fully advised in the premises, it is hereby ordered that said motion be and hereby is GRANTED.

The Scheduling Order in this case dated May 4, 2009, Document 20, is hereby modified as follows:

   **8. CASE PLAN AND SCHEDULE**

      d. Expert Witness Disclosure:

     (3) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 1, 2010.

     (4) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 3, 2010.

1

e. Deposition Schedule: All depositions shall be completed by November 30, 2009, except for depositions of experts which shall be completed by April 1, 2010.

Dated: September 3, 2009

BY THE COURT:

~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO